MAYOR AND MUNICIPAL COUNCIL OF THE CITY OF
CLIFTON v. CITY OF PATERSON.

May 24, 1988.

Petition for certification granted.

MAYOR AND MUNICIPAL COUNCIL OF THE CITY OF
CLIFTON v. PASSAIC VALLEY WATER COMMISSION.

May 24, 1988.

Petition for certification granted.

MAYOR AND MUNICIPAL COUNCIL OF THE CITY OF
CLIFTON v. PASSAIC VALLEY WATER COMMISSION
AND CITY OF PATERSON.

May 24, 1988.

Cross-petition for certification granted.

KATHLEEN LOJEWSKI v. DAVID MARGOLIS.

May 24, 1988.

Petition for certification denied.